RECEIVED
IN ALEXANDRIA, LA.
MAR 1 2 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| YUSUFU TOURAY,<br>  Petitioner | CIVIL ACTION<br>NO. 1:09-cv-01540 |
| VERSUS | |
| ERIC HOLDER, et al.,<br>  Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 15) is GRANTED and Touray's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of March, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE